# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

Inmate Identification Number: 6301

ROBERT LEE JACOBS JR.

(Enter above the full name of the plaintiff in this action)

vs.

- BLAKE DORNING - SHERIFF.
- MAJOR TROY FULK - ADMINISTRATOR
- SOUTHERN HEALTH PARTNERS.

(Enter above full name(s) of the defendant(s) in this action)

NOTICE TO FILING PARTY.

*It is your responsibility to notify the clerk in writing of any address change.*

*Failure to notify the clerk may result in dismissal of your case without further notice.*

CV-17-BE-0093-NE

I.   Previous lawsuits

  A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
       Yes ( )         No (✗)

  B.   If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1.   Parties to this previous lawsuit:

           Plaintiff: _____

           Defendant(s): _____

2. Court (if Federal Court, name the district; if State Court, name the county) N/A

3. Docket number N/A

4. Name of judge to whom case was assigned N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition N/A

II. Place of present confinement MADISON COUNTY METRO JAIL

    A. Is there a prisoner grievance procedure in this institution?
       Yes (X)    No ( )

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?  Yes (X)    No ( )

    C. If your answer is YES:

       1. What steps did you take? FILLED OUT COMPLAINT ON INMATE KIOSK (MEDICAL) (MULTIPLE TIMES)

       2. What was the result? WAS TOLD THAT JAIL, AND MEDICAL WOULD HANDLE MY SITUATION. (12-21-2016)

    D. If your answer is NO, explain why not:

3

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) ROBERT LEE JACOBS JR.

Address P.O. BOX 2047
HUNTSVILLE, ALABAMA 35804

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant BLAKE DORNING

Is employed as SHERIFF

at MADISON COUNTY JAIL

C. Additional Defendants MAJOR TROY FULK - JAIL ADMINISTRATOR, MADISON COUNTY JAIL., SOUTHERN HEALTH PARTNERS, MADISON COUNTY JAIL MEDICAL SYSTEMS, MADISON COUNTY JAIL.

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I HAVE A SWELLING IN MY GUMS AND I NOTIFIED JAIL AND MEDICAL STAFF. I'VE BEEN TO TWO (2) ORAL SURGEONS ONE TOOK SAMPLES AND TESTED IT (JULY 29, 2016). THE SECOND SURGEON RECOMMENDED THAT I BE SENT TO U.A.B. HOSPITAL, DEPARTMENT OF SURGERY IN BIRMINGHAM, ALABAMA (NOVEMBER 28, 2016) MY CONDITION HAS BEEN IDENIFIED AS "AMELOBLASTOMA"

4

A CANCER. MY MEDICAL CONDITION HAS BEEN ADDRESSED TO JAIL AND MEDICAL STAFF FOR OVER SIX (6) MONTHS, WITHOUT RECEIVING ANY RELIEF FROM SWELLING AND PAIN I'VE ENDURED. STAFF REFUSE TO GET ME TREATMENT.

V. **RELIEF**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I WANT THE SHERIFF, ADMINISTRATOR, AND MEDICAL SERVICE (SOUTHERN HEALTH PARTNERS) TO BE HELD ACCOUNTABLE FOR THE OPERATION, AND REPAIR OF MY DENTISTRY, NOT LIMITED TO THE REPAIR OF THE CANCER, BUT ALSO A REPLACEMENT OF DENTURES (DUE TO LACK OF CONCERN). ALSO, MONETARY PAYMENT DUE TO THE PAIN I'VE EXPERIENCED.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1-10-17

SIGNATURE: Robert R. Jacobs JR.

ADDRESS: P.O. BOX 2047
HUNTSVILLE, ALABAMA
35804

AIS # 6301

D. Costey
My Commission Expires 05/23/2020

5

IV. STATEMENT OF CLAIM - CONTINUED.

I'VE BEEN INCARCERATED SINCE MARCH 19, 2016. IN MAY 2016 I HAD A TOOTH REMOVED AND MY CONDITION WAS NOTICED BY DENTAL (DENTIST) HERE AT THE JAIL. X-RAYS SHOWED A HOLE IN MY LOWER JAW BONE, FROM THERE MONTHS LATER THE DENTAL STAFF SENT ME TO TWO (2) DIFFERENT ORAL SURGEONS, McLAIN SURGICAL ARTS, HERE IN HUNTSVILLE, ALABAMA WHO DIAGNOSED ME, AND ANOTHER ORAL SURGEON IN MADISON, ALABAMA THAT JUST LOOKED AT X-RAYS AND RECORDS AND RECOMMENDED I BE SENT TO U.A.B. DEPT OF SURGERY, KIRKLIN CLINIC IN BIRMINGHAM, ALABAMA FOR SURGERY. I HAD A APPOINTMENT AT U.A.B. HOSPITAL IN BIRMINGHAM, ALABAMA IN SEPTEMBER OF 2016 BUT THE JAIL STAFF